United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO HERNANDEZ.,                                    No. C-05-2093 MJJ

       Plaintiffs,                                              **ORDER RE STATUS STATEMENT**

v.

JEANNE WOODFORD,

       Defendant.
_____/

Upon reviewing the docket in this matter, the Court notes that there has been a period of inactivity. To apprise the Court of any recent development and to ensure the progress and resolution of this matter, the Court directs the Plaintiff to file a statement detailing the current status of this action. Plaintiff shall file the statement within <u>seven business days of the filing date of this Order</u>. If, upon reviewing the parties' statement, the Court finds a status hearing necessary, it will contact the parties with the hearing date and time.

**IT IS SO ORDERED.**

Dated: 10/23/07

                                                              MARTIN J. JENKINS
                                                              UNITED STATES DISTRICT JUDGE