UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO HERNANDEZ,

    Petitioner,

  v.

JEANNE WOODFORD, Director of the California Department of Corrections,

    Respondent.
_____/

No. C 05-02093 MHP

**JUDGMENT**

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 18, 2011

_____
Marilyn Hall Patel
United States District Judge